# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

131200(16)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,
Robert P. Young, Jr.
Stephen J. Markman,
Justices

v

                                        SC: 131200
                                        COA: 267871

BERNARD FIELDS,
                Defendant-Appellant.
                                        Macomb CC: 91-001597-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's October 31, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007                                                 

p0220                                                    Clerk